**Harry G. Austin, appellee, v. Harrison Parker et al., appellants. Gen. No. 28,545.**

Bill in equity to recover value of services performed under contract of employment with trustees. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 11, 1924. Rehearing denied June 24, 1924.

Stedman, Kesler & Dingle, for appellants. Cleland, Lee & Phelps, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**City of Chicago, appellee, v. Richard Hunter, appellant. Gen. No. 28,616.**

Action to recover penalty for violation of city ordinance. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 11, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Adolph Marks, for appellant. Francis X. Busch, Corporation Counsel, Samuel Pincus, Prosecuting Attorney, and James O'D. Willey, for appellee; Eliot H. Evans, Chief Assistant Prosecuting Attorney, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**City of Chicago, appellee, v. Ester Gorman, appellant. Gen. No. 28,617.**

Action to recover penalty for violation of city ordinance. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 11, 1924.

Adolph Marks, for appellant. Francis X. Busch, Corporation Counsel, Samuel Pincus, Prosecuting Attorney, and Jas. O'D. Willey, for appellee; Eliot H. Evans, Chief Assistant Prosecuting Attorney, of counsel.

Mr. Justice Thomson delivered the opinion of the court.